Page No: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 19-40989-MXM | | | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|---|---|
| Case Name: | 7901 BLVD 26, LLC | | | Date Filed (f) or Converted (c): | 03/06/2019 (f) |
| For the Period Ending: | 11/6/2020 | | | §341(a) Meeting Date: | 10/08/2019 |
| | | | | Claims Bar Date: | 04/14/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Frost Bank Business Money Market 7698 | | $799.89 | | $0.00 | FA |
| 2 | Breach of contract/lease against Bodyguard Sports I, L.P. (believed to be uncollectable) | Unknown | $0.00 | | $0.00 | FA |
| 3 | Settlement with Silver Sate Holdings Assignee- 7901 Boulevard 26 LLC and Valley Ridge Roofing Construction, LLC concerning the January 2019 foreclosure by Silver State (u) | $0.00 | $68,625.00 | | $68,625.00 | FA |

| TOTALS (Excluding unknown value) | $799.89 | $69,424.89 | | $68,625.00 | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | | | | | $0.00 |

**Major Activities affecting case closing:**

11/06/2020   Trustee's counsel is in the process of preparing her fee application, and the Trustee will submit the Trustee's Final Report as soon as the fee application is complete.
07/30/2020   Pursuant to the Joint Motion to Compromise between the Trustee and Silver State Holdings, Assignee – 7901 Boulevard 26, LLC, parties, including Richard Morash, reserved the right to object to claims. Upon information and belief, the objections will be forthcoming.

| Initial Projected Date Of Final Report (TFR): | 12/30/2020 | Current Projected Date Of Final Report (TFR): | 12/30/2020 | /s/ AREYA HOLDER AURZADA |
|---|---|---|---|---|
| | | | | AREYA HOLDER AURZADA |